UNITED STATES OF AMERICA

     Plaintiff,

vs.

TUMANI A. YOUNGE,

     Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Lurana S. Snow, on August 25, 2017. A Report and Recommendation was filed on September 26, 2017, [ECF No. 30], recommending that the Defendant's plea of guilty be accepted. During the Change of Plea hearing, the Magistrate Judge questioned the Defendant regarding his waiver of appeal in which the Defendant acknowledged on the record that he was waiving or giving up all rights to appeal any sentence imposed by the District Court in this case except under the limited circumstances contained within the appeal waiver provision from the Plea Agreement.

The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 30] of United States Magistrate Judge Lurana S. Snow, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to Counts 1-3 of the Information, which charges him with unlawfully capturing three Key deer, an endangered species, in violation of Title 50 C.F.R. §17.21(c)(1) and Title 16, U.S.C. §§ 1538(a)(1)(B) and 1540(b)(1).

**DONE AND ORDERED** in Chambers at Miami, Florida, this ⎵⎵ day of October, 2017.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied:
Hon. Magistrate Judge Snow
All Counsel Of Record
U.S. Probation Office